## KARL WILSON BOHOT v. STATE.

No. A-10943.   Oct. 5, 1949.

(210 P. 2d 329.)

T. Jack Tellegen and John T. Carney, both of Oklahoma City, for Bohot.

Mac Q. Williamson, Atty. Gen., for the state.

PER CURIAM.   After further consideration of all of the factors in this case as urged in the petition for rehearing, it is our opinion that justice demands a modification of the judgment and sentence to a fine of $250 and the costs of the prosecution.

It is therefore ordered that the judgment and sentence of the court of common pleas of Oklahoma county be modified to a fine of $250 and costs.

Mandate to issue immediately.